UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Earl Walton, | Case No. 22-cv-506 (SRN/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Jeffrey Fikes, | |
| Respondent. | |

James Earl Walton, Reg No 19466-056, FCI - Sandstone, K-3, P.O. Box 1000, Sandstone, MN 55072, Petitioner pro se.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Respondent.

This matter is before the Court on the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated March 23, 2022 [Doc. No. 3]. No objections have been filed in the time period permitted under the local rules. Accordingly, based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner James Earl Walton's Motion to Transfer Venue [Doc. No. 2] is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this action to the Eastern District of North Carolina pursuant to 28 U.S.C. §§ 1406(a).

DATED: April 8, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge